UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 5:07-cr-19-Oc-10

MIGUEL VILLARREAL-ARCHILLA

---

**UNITED STATES' MOTION FOR REDUCTION OF SENTENCE
PURSUANT TO FED. R. CRIM. P. 35(b)**

The United States of America, by and through the undersigned Assistant United States Attorney, pursuant to Fed. R. Crim. P. 35(b) and 18 U.S.C. § 3553(e), hereby moves for a sentence reduction for the above-referenced defendant and further states:

1. The defendant was sentenced on July 22, 2010 to 130 months imprisonment. At the sentencing hearing the Court determined that the defendant's total offense level was 35, criminal history category I, calling for a sentencing range of 168-210 months. The United States filed a motion for reduction of sentence pursuant to U.S.S.G. § 5K1.1, seeking a reduction of 3 levels, which the Court granted and determined that the adjusted offense level was 32, criminal history category I, with a sentencing range of 121-151 months. The Court sentenced the defendant to 130 months (near the midpoint of the applicable guidelines range).

2. After his sentencing, the defendant continued to cooperate and provided assistance which the government views as substantial assistance. Specifically, the defendant provided information about other drug traffickers involved in the distribution of thousands of kilograms of cocaine which led to charges being brought against various individuals in the Southern District of Florida. The defendant's information further assisted in the extradition of those individuals. The individuals subsequently pled guilty and were sentenced.

3. Pursuant to Fed. R. Crim P. 35(b)(2)B), a motion for reduction of sentence may be filed more than one year after sentencing if the defendant's substantial assistance involved information provided by the defendant within one year of sentencing but which did not become useful until more than one year after sentencing, as in this case.

4. Should the Court grant this motion, the United States recommends a 2-level departure placing the defendant in a guideline range of 121-151 months (offense level 30, criminal history category I), as asks that the Court sentence the defendant near the midpoint of that guideline range.

WHEREFORE, the United States respectfully requests that the Court grant this motion, consistent with the above-noted recommendation.

Respectfully submitted,

ROBERT E. O'NEILL
United States Attorney

By: *s/ Julie Hackenberry Savell*
JULIE HACKENBERRY SAVELL
Assistant United States Attorney
Florida Bar No. 0094201
300 North Hogan Street, Suite 700
Jacksonville, Florida 32202-4270
Telephone: (904) 301-6300
Facsimile: (904) 301-6310
E-mail: julie.savell@usdoj.gov

U.S. v. MIGUEL VILLARREAL-ARCHILLA     Case No. 5:07-cr-19-Oc-10

**CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Darlene Barror, Esq.

I hereby certify that on December 7, 2012, a true and correct copy of the foregoing document and the notice of electronic filing was sent by United States Mail to the following non-CM/ECF participant(s):

    N/A

    s/ *Julie Hackenberry Savell*
    JULIE HACKENBERRY SAVELL
    Assistant United States Attorney