UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

-vs-                                                          Case No.    5:07-cr-19-Oc-10

MIGUEL VILLAREAL-ARCHILA and
MANUEL ENRIQUE TORREGOSA-CASTRO
_____/

**ORDER ON MOTIONS OF THE UNITED STATES
FOR REDUCTIONS IN SENTENCES UNDER
RULE 35(b), FEDERAL RULES OF CRIMINAL PROCEDURE**

The United States has simultaneously filed separate motions (Docs. 153 and 154) seeking reductions in sentence for these two Defendants under Rule 35(b) due to their post sentence substantial assistance to the Government.

The motions are due to be Granted but not to the extent requested by the Government or the Defendants[1]

These Defendants are natives of Colombia who were arrested in Colombia and later extradited to the United States pursuant to arrest warrants issued in this case. The indictment charged a conspiracy to distribute multi-kilo quantities of cocaine in the United States in violation of 21 U.S.C. § 846.

---

[1] The motions filed by the United States suggest a Sentencing Guidelines reduction of two Offense Levels. The Defendants respond, respectively, by requesting a reduction of four Offense Levels (Docs. S-5 and S-6).

Both Defendants entered a plea of guilty pursuant to plea agreements providing inter alia for the possible filing of motions for reduction in sentence due to substantial assistance. At sentencing on July 22, 2010, the Government made such a motion in behalf of each Defendant, and the Court granted both motions reducing the applicable Guidelines sentencing range from 168-210 months to a range of 121-151 months. A term of commitment of 130 months was then imposed upon each of the Defendants. The Government's motions thus had the effect of reducing the Defendants' probable sentences by approximately 60 months or five years.

The presentence reports pertaining to these Defendants – to which there was no objection by either of them – revealed that they were major sources or producers of cocaine in Colombia destined for the United States. During the period of the charged conspiracy they were responsible for the transportation to this country of hundreds – probably thousands – of kilos of cocaine for which many millions of dollars changed hands and was laundered. Simply put, these men were big time players in the cocaine market.

The court is well aware of the importance of the substantial assistance/reduced sentence paradigm to the United States and its various law enforcement agencies in the identification and prosecution of those involved in major criminal activity. On the other hand, it is the long standing and often expressed view of this court that there is a point in the sentencing process at which a reduction in sentence – especially a successive or multiple reduction – is no longer appropriate. To reduce a sentence below that point tends to create a variance between the subject defendant and others

2

of lesser culpability; tends to denigrate the seriousness of the subject defendant's criminal behavior and threatens to invite public disrespect for the administration of criminal justice. Stated another way, there comes a point at which the Defendant must serve his sentence for his crime regardless of his cooperation or substantial assistance to the prosecution. In the case of these Defendants the court believes that such a point is reached at a commitment term of ten years.

Accordingly, the motions of the United States (Docs. 153 and 154) are GRANTED to the extent that the term of commitment with respect to each of these Defendants is reduced to 120 months (ten years). In all other respects the judgments previously entered shall remain undisturbed. The Clerk is directed to forthwith furnish a copy of this order to the Defendants, to all counsel of record, to the United States Marshal, to the Bureau of Prisons and to the United States Probation Officer.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida, this 8th day of January, 2013.

*[signature]*

UNITED STATES DISTRICT JUDGE

Copies to:  Miguel Villareal-Archila
Manuel Enrique Torregosa-Castro
Counsel of Record
United States Marshal
Bureau of Prisons
United States Probation Officer
Maurya McSheehy, Courtroom Deputy