UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

-vs-                                                                         Case No.  5:07-cr-19-Oc-10PRL

MIGUEL VILLARREAL-ARCHILA
_____/

**O R D E R**

This case is before the Court for consideration of the Defendant's *pro se* "Motion Pursuant to 18 U.S.C. § 3582(c)(2) Amendment 782, All Drugs Minus Two" (Doc. 170). In other words, the Defendant seeks a reduction in his sentence based upon Amendment 782 to the United States Sentencing Guidelines which lowered the drug quantity table by two offense levels, and which became retroactive as of November 1, 2014. For the reasons set forth below, the motion is due to be denied.

The Defendant was sentenced on July 22, 2010 to a term of 130 months imprisonment, followed by a term of 5 years supervised release (Doc. 132). Judgment was entered on July 26, 2010 (Doc. 136). A review of the record establishes that the Defendant was convicted of conspiracy to possess with intent to distribute five kilograms or more of cocaine, and aiding and abetting possession with intent to distribute five kilograms or more of cocaine. The offenses of conviction in fact involved far in excess of 150 kilograms of cocaine. At the time of the Defendant's sentencing, this amount of cocaine resulted in a Base Offense Level of 38 under the United States Sentencing Guidelines Drug Quantity

Table set forth in U.S.S.G. § 2D1.1(c).[1] Following the application of Amendment 782, the Base Offense Level set forth in the Drug Quantity Table under § 2D1.1(c) remains at level 38. As such, even taking into account the downward adjustments the Court previously awarded to the Defendant at sentencing, his Total Offense Level and guideline sentencing range would not change. The Defendant is therefore not subject to a reduction of his sentence under Amendment 782. See United States v. Michel, 2015 WL 5573837 (11th Cir. Sept. 23, 2015).

Accordingly, upon due consideration, the Defendant's *pro se* Motion (Doc. 188) is DENIED.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 4th day of March, 2016.

*[signature]*

UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record
             Mari Jo Taylor
             United States Probation
             Miguel Villarreal-Archila

---

[1] The Court calculated the Defendant's Total Offense Level at 35, after providing adjustments for acceptance of responsibility, and for timely notifying the United States of his intent to plead guilty.